# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-00011 |
| v. | (Chief Judge Brann) |
| DAQUAN ALTARI ALFORD, | |
| Defendant. | |

## ORDER

**MARCH 26, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Government's Motion for Joinder (Doc. 81) is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge